```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 05031
     LAEONTENE JOHNSON
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
     SSN XXX-XX-7390


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was confirmed 06/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/04/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
AMERICASH LOANS            UNSECURED         1723.11         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          149.23         .00           .00
CAPITAL ONE                UNSECURED         1111.81         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED             .00         .00           .00
NUVELL CREDIT CO LLC       SECURED VEHIC    22635.00      520.80        319.86
AAA CHECKMATE LLC          UNSECURED          286.80         .00           .00
A/R CONCEPTS               UNSECURED       NOT FILED         .00           .00
ALL KIDS & FAMILY CARE     UNSECURED       NOT FILED         .00           .00
ARCHER HEIGHTS CREDIT UN   UNSECURED       NOT FILED         .00           .00
ARGENT HEALTHCARE FIN      UNSECURED       NOT FILED         .00           .00
ARGENT HEALTHCARE FIN      UNSECURED       NOT FILED         .00           .00
ARGENT HEALTHCARE FIN      UNSECURED       NOT FILED         .00           .00
ARGENT HEALTHCARE FIN      UNSECURED       NOT FILED         .00           .00
ARGENT HEALTHCARE FIN      UNSECURED       NOT FILED         .00           .00
BUREAU OF ACCOUNTS         UNSECURED       NOT FILED         .00           .00
BUREAU OF ACCOUNTS         UNSECURED       NOT FILED         .00           .00
BUREAU OF ACCOUNTS         UNSECURED       NOT FILED         .00           .00
BUREAU OF ACCOUNTS         UNSECURED       NOT FILED         .00           .00
CAVALRY PORTFOLIO SERVIC   UNSECURED       NOT FILED         .00           .00
CB USA                     UNSECURED       NOT FILED         .00           .00
CBCS                       UNSECURED       NOT FILED         .00           .00
CBE GROUP                  UNSECURED       NOT FILED         .00           .00
CBE GROUP                  UNSECURED       NOT FILED         .00           .00
CDA PONTIAC                UNSECURED       NOT FILED         .00           .00
CHARTER ONE                UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED          555.00         .00           .00
COMMONWEALTH EDISON        UNSECURED          629.12         .00           .00
FIRST AMERICAN INVESTMEN   UNSECURED       NOT FILED         .00           .00
FMS INC                    UNSECURED       NOT FILED         .00           .00
IL DEPT OF EMPLOYMENT SE   UNSECURED          611.00         .00           .00
KROGER                     UNSECURED       NOT FILED         .00           .00
PARC                       UNSECURED       NOT FILED         .00           .00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 05031 LAEONTENE JOHNSON
```

```
PARC                       UNSECURED       NOT FILED              .00              .00
PARC                       UNSECURED       NOT FILED              .00              .00
PARC                       UNSECURED       NOT FILED              .00              .00
PLS FINANCIAL              UNSECURED       NOT FILED              .00              .00
PREMIUM ASSET RECOVERY C   UNSECURED       NOT FILED              .00              .00
TCF BANK                   UNSECURED       NOT FILED              .00              .00
TRS RECOVERY SERVICES IN   UNSECURED       NOT FILED              .00              .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED              .00              .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED              .00              .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED              .00              .00
VILLAGE OF BERWYN          UNSECURED       NOT FILED              .00              .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED              .00              .00
NUVELL CREDIT CO LLC       UNSECURED        1016.89               .00              .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      29.00               .00            29.00
VERIZON WIRELESS           UNSECURED         761.37               .00              .00
AZIZ SHABAZ                NOTICE ONLY     NOT FILED              .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                           1,590.03
TOM VAUGHN                 TRUSTEE                                               209.24
DEBTOR REFUND              REFUND                                                   .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                2,668.93

PRIORITY                                          29.00
SECURED                                          319.86
   INTEREST                                      520.80
UNSECURED                                           .00
ADMINISTRATIVE                                 1,590.03
TRUSTEE COMPENSATION                             209.24
DEBTOR REFUND                                       .00
                      ---------------     ---------------
TOTALS                 2,668.93              2,668.93
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                         PAGE   2
         CASE NO. 08 B 05031 LAEONTENE JOHNSON